```
PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE, WSBA No. 32245.
Associate General Counsel
Office of Program Litigation, Office 7
Social Security Administration
MARCELO ILLARMO (MABN 670079)
Special Assistant United States Attorney
        160 Spear Street, Suite 800
        San Francisco, California 94105
        Telephone: (510) 970-4822
        E-Mail: Marcelo.Illarmo@ssa.gov
Attorneys for Defendant
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK KEVIN RENTERIA, <br><br> Plaintiff, <br><br> v. <br><br> KILOLO KIJAKAZI, <br> Acting Commissioner of Social Security, <br><br> Defendant. | No.  1:22-cv-00538-SKO <br><br> STIPULATION AND ORDER FOR EXTENSION TO RESPOND TO PLAINTIFF'S OPENING BRIEF <br><br> (Doc. 16) |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for responding to Plaintiff's Opening Brief be extended from February 2, 2023 to March 6, 2023.  Defendant respectfully requests this additional time because the recent storms have caused unexpected work disruptions, and counsel will be on leave from 1/16/23 to 1/30/23.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

- Defendant shall respond to Plaintiff's opening brief on or before March 6, 2023;

- Plaintiff's optional reply will be due within 20 days of the filing of Defendant's brief (on or before March 26, 2023).

Respectfully submitted,

DATE: January 13, 2023         */s/ Jonathan Omar Pena* *
                               JONATHAN OMAR PENA
                               Attorney for Plaintiff
                               (* approved via email on 1/11/23)

                               PHILLIP A. TALBERT
                               United States Attorney

DATE: January 13, 2023    By   *s/ Marcelo Illarmo*
                               MARCELO ILLARMO
                               Special Assistant United States Attorney

                               Attorneys for Defendant

## ORDER

Pursuant to the parties' foregoing stipulation (Doc. 16), and for good cause shown,

IT IS ORDERED that Defendant shall have an extension, up to and including March 6, 2023, to file Defendant's Motion for Summary Judgment. All remaining deadlines in the Scheduling Order (Doc. 5) are extended accordingly.

IT IS SO ORDERED.

Dated:   **January 17, 2023**              */s/ Sheila K. Oberto*
                                           UNITED STATES MAGISTRATE JUDGE

2